EDWARD M. RYAN *v.* JULIETTE DIONNE

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County at Waterbury is granted.

*William B. Fitzgerald, Jr.,* for the appellee (defendant).

*Edward M. Ryan,* pro se, the appellant (plaintiff).

Argued November 5—decided November 6, 1968

CARL GERR *v.* YALE UNIVERSITY

The motion by the plaintiff for review of the decision of this court denying his motion for permission to file an appendix to his brief in the appeal from the Superior Court in New Haven County is denied after hearing.

*Mitchel W. Garber,* for the appellee (plaintiff).

*Donald F. Keefe,* for the appellant (defendant).